# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 3, 2020

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Richard Kenneth Djerf
         v. David Shinn, Director, Arizona Department of Corrections
         No. 19-7856
         (Your No. 08-99027)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 28, 2020 and placed on the docket March 3, 2020 as No. 19-7856.

Sincerely,

**Scott S. Harris**, Clerk

by

Clara Houghteling
Case Analyst